IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                )      No. 1:11-mj-00094 OWW
                                    )
  vs.                               )      ORDER OF RELEASE
                                    )
ALBERTO ALEJANDRO JIMENEZ-FLORES,)
                                    )
                                    )
        Defendant.                )
_____)

    The above named defendant having been sentenced to Time Served on November 30, 2011,

    IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED: November 30, 2011

                                    /s/ Sheila K. Oberto
                                    HONORABLE SHEILA K. OBERTO
                                    U.S. MAGISTRATE JUDGE

12/6/06 ordrelease.form